■ In the Matter of LEO ANDERSON, Appellant, v OSWEGO COUNTY BOARD OF ELECTIONS et al., Respondents.—Order unanimously affirmed, without costs. Memorandum: Petition was properly dismissed for failure to serve committee to receive notice as required by Election Law § 6-164. (Appeal

from order of Supreme Court, Oswego County, Miller, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ. (Decision entered Aug. 21, 1985.)